UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ANTHONY GASTON HARRELL, III ,

     Plaintiff,

v.                                      Case No.  8:22-cv-270-WFJ-SPF

L. Johnson, *et al.*,

     Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court on review of the case file. On March 10, 2022, the Court struck Plaintiff's complaint because he did not use the standard form, as required by Local Rule 6.04(a), M.D. Fla. The Court ordered Plaintiff to file a complaint using the standard form within thirty days. (Doc. 3).  The Court also ordered Plaintiff to either pay the filing fee or move to proceed *in forma pauperis* within thirty days. (Doc. 3).  The Court directed the clerk to send Plaintiff the appropriate forms and advised Plaintiff that his failure to timely comply with the order would result in dismissal of this case without further notice.

Although Plaintiff subsequently filed a Prisoner Consent and Financial Certificate form (Doc. 4) and a request for the clerk to send him a Section 2241

habeas form (Doc. 5), Plaintiff did not file a complaint, and the time to do so has passed.

Due to Plaintiff's lack of prosecution in this matter, this case is **DISMISSED without prejudice**.  The clerk must terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on April 29, 2022.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE